

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rita Patrick,

          Plaintiff,

- *against* -

Local 51, American Postal Workers Union, AFL-CIO, and Shanequa Johnson-Duggins, Individually and as President of Local 51,

          Defendants.

19 Civ. 10715 (NSR)(PED)

**ORDER**

**PAUL E. DAVISON, U.S.M.J.:**

    The Clerk is directed to **STRIKE** the motion appearing at Dkt. 91-93 as it is non-compliant with Local Civil Rule 37.2.[1]

    Separately, the Court notes that plaintiff's counsel has filed an eight (8) page letter motion [Dkt. 80], accompanied by a five (5) page declaration [Dkt. 81], seeking the Court's intervention in a discovery dispute. That submission triggered a five (5) page letter response from defense counsel [Dkt. 86], accompanied by two declarations totaling fifteen (15) pages in length. [Dkts. 84-85.] Plaintiff's counsel then filed an eight (8) page letter in response. [Dkt. 89.]

    On May 11, 2021, this Court entered a Discovery Order, setting forth a procedure in the event of discovery disputes. [Dkt. 63.] Among other things, that Order authorizes counsel to two (2) page letters describing any discovery disputes, and states that "[w]ritten replies will not be accepted."

    The exchange of letters and declarations described above are not compliant with the

---

[1] Rule 2(A) of my Individual Practices directs litigants to comply with Local Civil Rule 37.2, as does Rule 3(A)(I) of Judge Román's Individual Practices.

Court's Discovery Order. The parties are directed to review and comply with that Order going forward.

Counsel are directed to appear for a discovery conference on **Thursday, August 19, 2021, at 2:30 p.m. in Courtroom 420.**

Dated: August 11, 2021
      White Plains, New York

SO ORDERED

Paul E. Davison, U.S.M.J.